# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Roger A. G. Sharpe

### Clerk of the Court

| | |
|---|---|
| 46 East Ohio Street, Room 105 | 101 Northwest MLK Boulevard |
| Indianapolis, Indiana | Evansville, Indiana |
| 46204 | 47708 |
| 921 Ohio Street | 121 West Spring Street |
| Terre Haute, Indiana | New Albany, Indiana |
| 47807 | 47150 |

June 28, 2023

Re: CONTINENTAL CASUALTY
COMPANY v. CANTOR COLBURN LLP
et al
Cause Number: 1:23−cv−01100−RLY−MG

TO ALL COUNSEL OF RECORD:

      Pursuant to Title 28 U.S.C. §455, the above matter was reassigned from the docket of Judge Sarah Evans Barker to the docket of Judge Richard L Young on June 28, 2023. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:23−cv−01100−RLY−MG should be used on all future filings.**

Sincerely,

Roger A. G. Sharpe, Clerk of Court

By: s/Dan Habing
Dan Habing, Deputy Clerk