UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01100-RLY-MG |
| | ) | |
| CANTOR COLBURN LLP, | ) | |
| GREENSHIFT CORPORATION, and | ) | |
| GS CLEANTECH CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

Consistent with today's Order, the court enters judgment in favor of Defendants and against Plaintiff on Counts I and II of Plaintiff's Complaint. No claims remain in this action.

**IT IS SO ORDERED** this 12th day of February 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsels of Record.